# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

BRUCE DERRICK CALHOUN

              V.

VA MC SAN DIEGO; et al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08cv2064 JM(POR)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court grants the motion for leave to proceed in forma pauperis, dismisses the complaint with prejudice and without leave to amend, and denies the motion for appointment of counsel................................................................................................................................................
................................................................................................................................................

| May 5, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk
ENTERED ON May 5, 2009

08cv2064 JM(POR)